IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CYBER LITIGATION INC.,[1]<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Bankr. No. 20-12702 (CTG) |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY DAWSON,<br><br>　　　　　　　　　Defendant. | Adv. No. 24-50177 |

## AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On October 17, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Anthony Dawson at redacted addresses and Anthony Dawson, c/o Gordon Rees Scully Mansukhani, LLP, Attn: William L. Coggshall, Esq. at 101 W Broadway, Suite 2000, San Diego, CA 92101:

- **Complaint** (Docket No. 1)

- **Summons and Notice of Pretrial Conference in an Adversary Proceeding** (Docket No. 3)

Dated: October 18, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Ana M. Galvan_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ana M. Galvan

State of Colorado　　　)
　　　　　　　　　　　　) SS.
County of Denver　　　)

Subscribed and sworn before me this 18th day of October 2024 by Ana M. Galvan.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtor and the last four digits of its federal taxpayer identification number is as follows: Cyber Litigation, Inc. (6056). The notice address for the Debtor is Cyber Litigation, Inc., PO Box 34120, Las Vegas, NV 89133.