**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CYBER LITIGATION INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12702 (CTG) |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY DAWSON<br><br>Defendant. | Adv. Pro. No. 24-50177 (CTG)<br><br>**Re. Adv. No. 34-38, 41, 45-47, 54** |

**PARTIAL FINAL JUDGMENT AND ENTRY OF ORDER
GRANTING, IN PART, AND DENYING, IN PART, SUMMARY JUDGMENT**

Upon consideration of the *Plan Trustee's Motion for Summary Judgment* [Adv. No. 34] (the "Motion")[2], the opposition thereto [Adv. No. 36], the reply in support thereof [Adv. No. 37], and the supplemental letter briefing in connection thereto [Adv. Nos. 45, 47]; and the Court having issued preliminary views regarding the Motion on December 9, 2025 [Adv. No. 41]; and the Court having held a hearing to consider the Motion, and the papers filed in connection therewith on February 3, 2026 at 2:00 p.m. (ET) (the "Hearing"); for the reasons stated on the record at the Hearing, and in the Court's *Letter Ruling Regarding Motion for Summary Judgment* [D.I. 54] (the "Letter Opinion"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

---

[1] Debtor and the last four digits of its federal taxpayer identification number is as follows: Cyber Litigation Inc. (6056). The notice address for Debtor is Cyber Litigation Inc., PO Box 34120, Las Vegas, NV 89133.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

1.      Partial final judgment is entered and the Motion is granted, in part, and denied, in part, as follows:

a.      Partial summary judgment  as to the First Cause of Action and the Second Cause of Action is entered in favor of the Plan Trustee and against Defendant for avoidance and recovery of Tender Offer Proceeds in the amount of $1,464,647.00.

b.      The Court hereby determines, pursuant to Fed. R. Civ. P. 54(b), as made applicable hereto by Bankruptcy Rule 7054, that there is no just reason for delay with respect to the entry of final judgment on the first and second causes of action. Those claims are ready for appeal in light of judicial administrative interests as well as the equities involved, consistent with the Court's disposition of similar claims asserted by the Plan Trustee against DDE Partners, LLC *et al.* (Adv. Pro. Nos. 22-50439, 22-50441, and 22-50443), and for the reasons set forth in the Letter Opinion and in *In re Cyber Litig., Inc.*, No. 20-12702, 2023 WL 6938144 (Bankr. D. Del. Oct. 19, 2023).

c.  Plaintiff expressly consented to the entry of final judgment in this Court. D.I. 1, paragraph 9. Under this Court's Rule 7012-1,  Defendant has waived the right to contest the Court's authority to do so. D.I. 31. The Court accordingly enters final judgment in favor of the Plan Trustee and against the Defendant on the first and second causes of action in the amount of $1,464,647.00 (the "Partial Final Judgment").

d.      Plan Trustee shall be entitled to post-judgment interest calculated at the rate of 3.45% (representing the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the Partial Final Judgment) from the date hereof until the Partial Final Judgment has been paid in full.

e.      Summary Judgment as to the Third Cause of Action, Fourth Cause of Action, Seventh Cause of Action, and Eighth Cause of Action is denied as moot.

f.      Summary Judgment as to the Fifth Cause of Action and the Sixth Cause of

Action is entered in favor of the Plan Trustee and against Defendant, solely as to the determination that Defendant was an officer of the Debtor who owed fiduciary duties to the company.  Summary Judgment is otherwise denied with respect to the Fifth Cause of Action and Sixth Cause of Action.

2.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and enforcement of this Order.

**Dated: February 20th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**