UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CYBER LITIGATION INC.,[1] | Bankr. No. 20-12702 (CTG) |
| Debtor. | |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust, | Adv. Proc. No.: 24-50177(CTG) |
| Plaintiff, | |
| vs. | |
| ANTHONY DAWSON, | |
| Defendant. | |

**NOTICE OF APPEAL**

Defendant Anthony Dawson hereby appeals to the U.S. District Court for the District of Delaware, pursuant to 28 U.S.C. § 158(a), and in accordance with Federal Rules of Bankruptcy Procedure 8001, 8002 and 8003 and Rule 8003-1 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, from the United States Bankruptcy Court for District of Delaware's *Judgment* [D.I. 57], entered on February 20, 2026 ("Judgment"), and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto or underlying the Judgment, including the *Letter Opinion* [D.I. 54], entered on February 9, 2026 ("Summary Judgment Opinion"), the *Tentative Ruling* [D.I. 41], entered on December 9, 2025 ("Summary Judgment Tentative Ruling"), and the *In re Cyber Litig.*,

---

[1] Debtor and the last four digits of its federal taxpayer identification number is as follows:  Cyber Litigation Inc. (6056).  The notice address for Debtor is Cyber Litigation Inc., PO Box 34120, Las Vegas, NV 89133.

1

*Inc.*, No. 20-12702, 2023 WL 6938144 (Bankr. D. Del. Oct. 19, 2023*) Summary Judgment Memorandum Opinion*, entered on October 19, 2023 ("DDE Partners Summary Judgment Opinion").

A copy of the Judgment is attached hereto as **Exhibit A**, a copy of the Summary Judgment Opinion is attached hereto as **Exhibit B**, a copy of the Summary Judgment Tentative Ruling is attached hereto as **Exhibit C**, and a copy of the DDE Partners Summary Judgment Opinion is attached hereto as **Exhibit D**. The names of all parties to the Judgment appealed from and the names, addresses, and telephone numbers of their respective counsel are as follows:

| | |
|---|---|
| **Appellant:**<br><br>**Anthony Dawson** | Joseph Brenner (DE Bar. No. 6643)<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>824 N. Market Street, Suite 220<br>Wilmington, DE 19801<br>Telephone: (302) 992-8955<br>Email: jbrenner@grsm.com<br><br>William Coggshall<br>Sophia Perlegos<br>**GORDON REES SCULLY MANSUKHANI, LLP**<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 230-7463<br>E-mail: wcoggshall@grsm.com<br>sperlegos@grsm.com |
| **Appellee:**<br><br>**Drivetrain, LLC in its capacity as Trustee of**<br><br>**the Cyber Litigation Trust** | Stanley Tarr (DE Bar No. 5535)<br>Jordan L. Williams<br>**BLANK ROME LLP**<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6479<br>E-mail: stanley.tarr@blankrome.com<br>jordan.williams@blankrome.com<br><br>John E. Lucian<br>**BLANK ROME LLP** |

|  | One Logan Square<br>130 N. 18th Street<br>Philadelphia, PA 19103<br>Telephone: (215) 569-5442<br>E-mail: john.lucian@blankrome.com |
|---|---|

Dated: March 6, 2026
Wilmington, Delaware

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Joseph E. Brenner*_____
Joseph Brenner
Gordon Rees Scully Mansukhani, LLP
221 W. 10th Street, 4th Floor #447
Wilmington, DE 19801
Telephone: (302) 992-8955
Email: jbrenner@grsm.com

William Coggshall (*pro hac vice*)
Sophia Perlegos (*pro hac vice*)
Gordon Rees Scully Mansukhani, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7463
E-mail: wcoggshall@grsm.com
           sperlegos@grsm.com