BLANKROME

1201 N. Market Street | Suite 800 | Wilmington, DE 19801
blankrome.com

Phone:    (302) 425-6479
Fax:      (302) 428-5104
Email:    Stanley.tarr@blankrome.com

June 3, 2026

**VIA ECF**

The Honorable Craig T. Goldblatt
United States Bankruptcy Court
District of Delaware
824 North Market Street
3rd Floor, Courtroom 7
Wilmington, DE 19801

> Re:    *Drivetrain, LLC v. Dawson*, Adv. Proc. No. 24-50177 (CTG)

Dear Judge Goldblatt:

We represent the judgment creditor, Drivetrain, LLC ("Plan Trustee"). We write to provide a further update to the Court on the discovery disputes raised by Plan Trustee's motion to compel [D.I. 70] and judgment debtor, Mr. Dawson's, opposition [D.I. 73]. The parties met and conferred telephonically on June 2, 2026.

With respect to the items in Plan Trustee's motion to compel, counsel for Mr. Dawson has represented to Plan Trustee's counsel that Mr. Dawson will (a) supplement his responses to Plan Trustee's interrogatories by June 5, 2026, and (b) complete production of documents responsive to Plan Trustee's RFPs on a rolling basis by June 26, 2026, so as to resolve the motion. As a result, the hearing tomorrow, June 4, is no longer necessary. Should the Court's guidance and/or a further hearing in connection with discovery become necessary prospectively, the parties will notify the Court.

Respectfully submitted,

*/s/ Stanley B. Tarr*

Stanley B. Tarr

Cc:    All counsel of record via ECF