# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CYBER LITIGATION INC.,[1] | Case No. 20-12702 (CTG) |
|            Debtor. | |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust, | |
|            Plaintiff, | |
| vs. | Adv. Pro. No. 24-50177 (CTG) |
| ANTHONY DAWSON | |
|            Defendant. | **Re. Adv. No. 70, 73, 79, 82, 83, 89, 90, 92** |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust, | |
|            Plaintiff, | |
| vs. | Adv. Pro. No. 24-50180 (CTG) |
| ADAM P. ROGAS | |
|            Defendant. | **Re. Adv. No. 23-27, 29, 30, 51, 52** |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## STATUS CONFERENCES ON JULY 13, 2026 AT 1:00 P.M. (ET) AND 1:30 P.M. (ET)

---

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**

**Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] Debtor and the last four digits of its federal taxpayer identification number is as follows: Cyber Litigation Inc. (6056). The notice address for Debtor is Cyber Litigation Inc., PO Box 34120, Las Vegas, NV 89133.

**1:00 PM: STATUS CONFERENCE (Drivetrain, LLC v. Rogas; 24-50180 (CTG)):**

1. Plan Trustee's Motion for Summary Judgment [Adv. D.I. 23; filed July 10, 2025]

   Objection/Response Deadline:          July 24, 2025; extended by agreement of the parties through and including August 26, 2025, with Plan Trustee's reply deadline also extended to September 23, 2025

   Objections/Responses:

   A.    Defendant Adam P. Rogas' Response Brief in Opposition to the Plan Trustee's Motion for Summary Judgment [Adv. D.I. 25; filed August 26, 2025]

   Related Documents:

   B.    Complaint [Adv. D.I. 1; filed October 28, 2024]

   C.    Defendant Adam Rogas' Answer [Adv. D.I. 7; filed January 17, 2025]

   D.    Declaration of Timothy Daileader in Support of Plan Trustee's Motion for Summary Judgment [Adv. D.I. 24; filed July 10, 2025]

   E.    Declaration of Adam P. Rogas in Opposition to the Plan Trustee's Motion for Summary Judgment [Adv. D.I. 26; filed August 26, 2025

   F.    Defendant Adam P. Rogas' Objections to the Declaration of Timothy Daileader and Supporting Exhibits in Opposition to Plan Trustee's Motion for Summary Judgment [Adv. D.I. 27; filed August 26, 2025]

   G.    Plan Trustee's Reply in Support of Motion for Summary Judgment [Adv. D.I. 29; filed September 23, 2025]

   H.    Notice of Completion of Briefing and Request for Oral Argument [Adv. D.I. 33; filed September 24, 2025]

   I.    Order Scheduling Oral Argument [Adv. D.I. 33; entered September 26, 2025]

   J.    Notice of Rescheduled Oral Argument [Adv. D.I. 34; filed October 28, 2025]

   K.    Notice of Status Conference [Adv. D.I. 45; filed February 4, 2026]

   L.    Letter to the Honorable Craig T. Goldblatt Regarding Summary Judgment [Adv. D.I. 51; filed June 12, 2026]

   M.    Notice of Status Conference [Adv. D.I. 52; filed July 1, 2026]

   Status:  A status conference will go forward on this matter.

**1:30 PM - STATUS CONFERENCE (Drivetrain, LLC v. Dawson; 24-50177 (CTG)):**

2. Plan Trustee's Motion to Compel [Adv. D.I. 70; filed April 30, 2026]

   Objection/Response Deadline:          May 12, 2026 at 12:00 P.M. (ET)

2

Objections/Responses:

A. Defendant Anthony Dawson's Opposition to Plan Trustee's Motion to Compel [Adv. D.I. 73; filed May 12, 2026]

Related Documents:

A. Letter Ruling [Adv. D.I. 79; entered May 15, 2026]

B. Order Denying Motion to Compel [Adv. D.I. 80; entered May 15, 2026]

C. Letter to The Honorable Craig T. Goldblatt Regarding Discovery Dispute [Adv. D.I. 82; filed May 21, 2026]

D. Order [Adv. D.I. 83; entered May 22, 2026]

E. Declaration of William L. Coggshall in Support of Defendant Anthony Dawson's Opposition to Plan Trustee's Motion to Compel [Adv. D.I. 85; filed Mary 31, 2026]

F. Order Imposing Sanctions [Adv. D.I. 89; entered June 2, 2026]

G. Letter to the Honorable Craig T. Goldblatt Regarding Discovery Dispute Update [Adv. D.I. 90; filed June 3, 2026]

H. Letter to the Honorable Craig T. Goldblatt Regarding Discovery Dispute Update and Requesting Status Conference [Adv. D.I. 92; filed June 30, 2026]

I. Notice of Status Conference [Adv. D.I. 93; filed July 1, 2026]

Status:     A status conference will go forward on this matter.

.

Dated: July 9, 2026                          **BLANK ROME LLP**
       Wilmington, Delaware

                                             By: */s/ Jordan L. Williams*
                                             Stanley B. Tarr (No. 5535)
                                             Jordan L. Williams (No. 7128)
                                             1201 N. Market Street, Suite 800
                                             Wilmington, Delaware 19801
                                             Telephone:     (302) 425-6400
                                             Facsimile:     (302) 425-6464
                                             Email: stanley.tarr@blankrome.com
                                                    jordan.williams@blankrome.com

                                             -and-

                                             John E. Lucian (admitted *pro hac vice*)
                                             Malcolm M. Bates (admitted *pro hac vice*)

3

One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone:     (215) 569-5500
Facsimile:     (215) 569-5555
Email: john.lucian@blankrome.com
          malcolm.bates@blankrome.com

*Counsel for Plaintiff, Drivetrain, LLC as Plan
Trustee of the Cyber Litigation Trust*